**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gustavo Castaneda Hernandez,<br><br>  Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>  Respondents. | No. CV-25-04786-PHX-KML (JFM)<br><br>**ORDER** |

In responding to the order to show cause, respondents concede petitioner is a member of the class certified in *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ----, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025). (Doc. 6 at 1.) Respondents then argue petitioner "appears to be subject to the *Bautista* final judgment and to any applicable appellate proceedings relating to it." (Doc. 6 at 1-2.) The court construes respondents' filing as a concession that petitioner is entitled to a bond hearing.

**IT IS ORDERED**:

1. Petitioner's petition for writ of habeas corpus (Doc. 1) is **granted**.
2. Within ten days of this order respondents must either release petitioner or provide a bond hearing without regard to *Matter of Yajure Hurtado*.

/
/
/
/

3. Respondents must provide a notice of compliance within five days.

4. The clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 2nd day of January, 2026.

*[signature]*

**Honorable Krissa M. Lanham**
**United States District Judge**